# Exhibit
# 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| FUN SERVICES OF KANSAS CITY, INC., | ) | |
| individually and on behalf of all others similarly | ) | |
| situated, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. ___07-2244 CM___ |
| | ) | |
| HERTZ EQUIPMENT RENTAL | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant Hertz Equipment Rental Corporation,

by and through its attorneys, hereby removes the above-referenced action from the Wyandotte

County District Court for the State of Kansas to the United States District Court for the District

of Kansas.

Section 1441(a) of Title 28 of the United States Code provides that, "[e]xcept as

otherwise expressly provided by Act of Congress, any civil action brought in a State court of

which the district courts of the United States have original jurisdiction, may be removed by the

defendant or the defendants, to the district court of the United States for the district and division

embracing the place where such action is pending."  28 U.S.C. § 1441(a).  Removal of this case

is effected pursuant to 28 U.S.C. § 1441, 28 U.S.C. § 1331, and 28 U.S.C. § 1446 and is proper

because (1) this Court has original jurisdiction over this case and (2) the United States District

Court for the District of Kansas sitting in Kansas City is the district and division embracing the

place where the state court litigation is pending.

## I.   SUMMARY DESCRIPTION OF THE PENDING LITIGATION

1.     On or about May 3, 2007, Plaintiff Fun Services of Kansas City, Inc. filed an action styled "Class Action Complaint" ("Petition") in the District Court of Wyandotte County, Kansas, Case No. 07-CV-770 under the caption *FUN SERVICES OF KANSAS CITY, INC., individually and on behalf of all others similarly situated, v. HERTZ EQUIPMENT RENTAL CORPORATION.*  A copy of the Petition is attached hereto as Exhibit A.

2.     The Petition purports to state claims for violations of the Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227, on behalf of Plaintiff and a putative class. (Petition, ¶ 16.)  Plaintiff claims that Hertz Equipment Rental Corporation (HERC) transmitted unsolicited advertisements without permission or invitation to Plaintiff and "at least 37 other recipients" in violation of the TCPA.  (Petition, ¶¶ 11-13, 25.)  The putative class is comprised of all individuals and entities in the United States, regardless of state of residence, to whom HERC sent fax "messages of material advertising the commercial availability of any property, goods, or services . . . with respect to whom [HERC] cannot provide evidence of prior express permission or invitation for the sending of such faxes."  (Petition, ¶ 16.)

3.     The Petition is one of two pleadings filed in the Wyandotte County, Kansas action.  Plaintiff has also filed a notice of service of discovery requests along with the Petition and served a series of interrogatories, requests for production of documents, and requests for admissions to HERC.

## II.   NOTICE OF REMOVAL IS TIMELY.

4.     HERC's registered agent was served with the Petition on or about May 10, 2007.  The Petition and accompanying summons was the first pleading that provided HERC with

2

notice of the purported claims for relief upon which the action is based. A copy of the summons is attached as Exhibit B.

5. There are no other parties to this lawsuit, and therefore no other defendant has been served more than thirty days prior to the filing of this Notice of Removal to federal court. Accordingly, this Notice of Removal is filed within the 30-day time period established by U.S.C. § 1446(b) and D. Kan. R. 81.1(a).

## III. ORIGINAL JURISDICTION EXISTS.

6. This is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and is one that may be removed pursuant to 28 U.S.C. § 1441 because it purports to "arise under the Constitution, laws, or treaties of the United States." Specifically, Plaintiff alleges HERC violated federal law, including the TCPA.

7. Neither the Tenth Circuit nor the District of Kansas has ever addressed whether the TCPA provides federal jurisdiction for removal. In fact, the Tenth Circuit has expressly left open the possibility of removal based on federal question jurisdiction. *See U.S. Fax Law Center v. iHire, Inc.*, 476 F.3d 1112, 1115 n.3 (10th Cir. 2007) ("[W]e need not address whether federal question jurisdiction is an alternate ground for subject matter jurisdiction.").

8. In the Seventh Circuit's decision in *Brill v. Countrywide Homes*, 427 F.3d 446 (7th Cir. 2005) (Easterbrook, J., for unanimous panel), the court found that federal question jurisdiction exists under 28 U.S.C. § 1441 and rejected the notion that state courts have exclusive jurisdiction over TCPA claims. The court found that the TCPA does not mention removal or federal question jurisdiction and therefore found that removal is not expressly barred by 28 U.S.C. § 1445. *See id.* at 450-51. Moreover, the court found that previous decisions from other circuits holding to the contrary predated and were inconsistent with two intervening Supreme

3

Court cases from 2003 and 2005. *See id.* at 450. As a result, the Seventh Circuit ruled that TCPA claims brought in state court may be removed to federal court on the basis of federal question jurisdiction. *See id.* at 451 ("[R]emoval is authorized . . . by § 1441, because the claim arises under federal law."). No other circuit court has addressed the matter since *Brill*: it remains the last word on the subject.

9.        This court may also exercise supplemental jurisdiction over Plaintiff's state law claim for conversion pursuant to 28 U.S.C. § 1367(a). Plaintiff's claim for conversion forms part of the same case or controversy as the alleged TCPA violation; it does not raise novel or complex issues of Kansas law; and it does not predominate over Plaintiffs' TCPA claim. *See* 28 U.S.C. § 1367(a), (c). This Court also has supplemental jurisdiction over Plaintiff's TCPA claim pursuant to 28 U.S.C. § 1441(c).

## IV.        **REMOVAL TO THIS DISTRICT IS PROPER.**

10.        Pursuant to D. Kan. Rule 81.1(b), removal to this Court is proper because the Wyandotte County, Kansas District Court is within the Twenty-Ninth Judicial District of Kansas.

11.        Pursuant to D. Kan. Rule 81.2, HERC will obtain and file all records and proceedings had in Wyandotte County, Kansas District Court Case No. 07-CV-770.

12.        Pursuant to 28 U.S.C. § 1446(d) and D. Kan. Rule 81.1(c), written notice of the filing of Notice to Plaintiff of Removal and Notice to the District Court of Wyandotte County will be promptly served. A copy of each is attached as Exhibit C.

13.        HERC hereby reserves any and all rights to assert any and all defenses to the Petition, including, but not limited to, the insufficiency of process or insufficiency of service of process, lack of personal jurisdiction, and improper venue.

14.     HERC further reserves the right to amend or supplement this Notice of

Removal.

## DESIGNATION OF PLACE OF TRIAL

HERC designates Kansas City, Kansas as the place of trial in the above-captioned

action.

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.


By:  /s/ Matthew C. Miller
        Timothy E. Congrove, #15516
        Matthew C. Miller, #18879

2555 Grand Blvd.
Kansas City, Missouri 64108-2613
Telephone (816) 474-6550
Facsimile (816) 421-5547
dmmiller@shb.com

ATTORNEYS FOR DEFENDANT HERTZ
EQUIPMENT RENTAL CORPORATION

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on June 6, 2007, a true and correct copy of the above and foregoing was served by U.S. mail, postage prepaid, upon:

Rex A. Sharp
Barbara C. Frankland
GUNDERSON, SHARP & WALKE, LLP
5301 W. 83rd St.
Prairie Village, KS 66208

Brian J. Wanca
Ryan M. Kelly
ANDERSON & WANCA
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008

Max G. Margulis
Margulis Law Group
14236 Cedar Springs Dr.
Chesterfield, MO 63107

ATTORNEYS FOR PLAINTIFF

      /s/ Matthew C. Miller
      ATTORNEY FOR DEFENDANT HERTZ
      EQUIPMENT RENTAL CORPORATION

2476040v2

**IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS**

FUN SERVICES OF KANSAS CITY, INC., a Kansas ) 
corporation, individually and as the representative of a )
class of similarly-situated persons, )
                                     )
                 Plaintiff, )    CASE NO.
                                       )    07 C V 770
       v. )    #7
                                         )

HERTZ EQUIPMENT RENTAL CORPORATION, )
                                         )
                Defendant. )
(Pursuant to Chapter 60)

### CLASS ACTION COMPLAINT

Plaintiff, FUN SERVICES OF KANSAS CITY, INC., a Kansas corporation (herein "Plaintiff"), brings this action on behalf of itself and all other persons similarly situated, through its attorneys, and alleges as follows against Defendant, HERTZ EQUIPMENT RENTAL CORPORATION (herein "Defendant").

### PRELIMINARY STATEMENT

1.      This case challenges Defendant's policy and practice of faxing unsolicited advertisements to persons in Kansas and other states.

2.      The Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, prohibits a person or entity within the United States from sending or having an agent send unsolicited faxed advertisements. The TCPA provides a private right of action for violations, provides statutory damages of $500.00 per violation, which may be trebled for knowing or willful violations, and authorizes injunctions against the wrongdoer. 47 U.S.C. § 227(b)(3).

3.      Unsolicited faxes damage the recipients. Recipients lose the use of their fax machine, paper, and ink toner. Unsolicited faxes also causes the recipients to waste valuable time they would have spent on something else. Unsolicited faxes prevent fax machines from

receiving authorized faxes, prevent their use for authorized outgoing faxes, cause undue wear and tear on the recipient fax machines, and require additional labor to attempt to discern the source and purpose of the unsolicited message.

4.    On behalf of itself and all others similarly situated, Plaintiff brings this case as a class action asserting claims against Defendant under the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA") and the common law of conversion.

5.    Plaintiff seeks an award of statutory damages for each violation of the TCPA.

### JURISDICTION AND VENUE

6.    Jurisdiction is conferred by general jurisdiction and K.S.A. 60-308(b) in that Defendant has transacted business in Kansas and violated state and federal law related to the matters complained of herein.  Defendant is authorized to do business in this State, does business in this State and purposefully directs its business activities at Kansas residents and Kansas fax machines.

7.    Venue is proper in Wyandotte County pursuant to K.S.A. 60-603, and/or 604..

8.    Federal jurisdiction does not exist because no federal question or claim is asserted and Plaintiff's individual claims are worth less than $75,000.00, inclusive of all forms of damages and fees.  Plaintiff expressly disclaims any individual recovery in excess of $75,000.00, inclusive of all damages and fees.

### PARTIES

9.    Plaintiff, FUN SERVICES OF KANSAS CITY, INC., is a Kansas corporation.

10.    On information and belief, Defendant, HERTZ EQUIPMENT RENTAL CORPORATION, is a foreign corporation with its principal place of business at 225 Brae Blvd.,

2

Park Ridge, New Jersey. Hertz Equipment Rental Corporation can be served by serving its

registered agent, The Corporation Company, Inc., 515 S. Kansas Ave., Topeka, KS 66603.

## FACTS

11.     On or about December 9, 2005, March 7, 2006, April 16, 2006, May 6, 2006,

June 9, 2006, July 1, 2006 and July 20, 2006, Defendant transmitted by telephone facsimile

machine unsolicited advertisements to Plaintiff's facsimile machine. Copies of the facsimiles are

attached hereto and marked as Exhibit A.

12.     Defendant knew or should have known that (i) Exhibit A was an advertisement

and (ii) Defendant did not have permission or invitation to send Exhibit A to Plaintiff and the

other members of the class.

13.     On information and belief, Defendant has sent similar unsolicited facsimile

advertisements to at least 37 other recipients.

14.     There is no reasonable means for Plaintiff (or any other class member) to avoid

receiving illegal faxes. Fax machines are left on and ready to receive the urgent communications

their owners desire to receive.

## COUNT I
## TELEPHONE CONSUMER PROTECTION ACT, 47 U.S.C. § 227

15.     Plaintiff incorporates the preceding paragraphs as though fully set forth herein.

16.     In accordance with K.S.A. 60-223, Plaintiff brings this action pursuant to the

Telephone Consumer Protection Act, 47 U.S.C. § 227, on behalf of the following class of

persons:

> All persons who (1) on or after four years prior to the filing of this
> action, (2) were sent telephone facsimile messages of material
> advertising the commercial availability of any property, goods, or
> services by or on behalf of Defendant, and (3) with respect to

3

whom Defendant cannot provide evidence of prior express
permission or invitation for the sending of such faxes.

17.    A class action is proper under K.S.A. 60-223 in that:

(a)    On information and belief the class consists of thirty-eight or more
persons in Kansas and throughout the United States and is so numerous that joinder of all
members is impracticable;

(b)    There are questions of fact or law common to the class that predominate
over questions affecting only individual class members, including:

(i)    Whether Defendant engaged in a pattern of sending unsolicited fax
advertisements;

(ii)    Whether the facsimiles sent by Defendant were material
advertising the commercial availability of property, goods, or services;

(iii)   The manner and method Defendant used to compile or obtain the
list of fax numbers to which it sent Exhibit A and other unsolicited faxed
advertisements;

(iv)    Whether Defendant sent advertising faxes without obtaining the
recipients' prior express permission or invitation for the faxes;

(v)    Whether Defendant violated the provisions of 47 U.S.C. § 227;

(vi)    Whether Plaintiff and the other class members are entitled to
statutory damages;

(vii)   Whether Defendant willfully or knowingly violated the provisions
of 47 U.S.C. § 227; and

(viii)  Whether Defendant engaged in willful or wanton conduct entitling
Plaintiff and the other members of the class to treble damages.

4

18.     Plaintiff will fairly and adequately protect the interests of the other class members. Plaintiff's counsel are experienced in handling class actions and claims involving unsolicited faxes. Neither Plaintiff nor Plaintiff's counsel has any interests adverse or in conflict with the class.

19.     A class action is an appropriate method for adjudicating this controversy fairly and efficiently. The interest of the individual class members in individually controlling the prosecution of separate claims is small and individual actions are not economically feasible.

20.     The TCPA makes unlawful the "use of any telephone facsimile machine, computer or other device to send an unsolicited advertisement to a telephone facsimile machine ...." 47 U.S.C. § 227(b)(1).

21.     The TCPA defines "unsolicited advertisement," as "any material advertising the commercial availability or quality of any property, goods, or services which is transmitted to any person without that person's express invitation or permission." 47 U.S.C. § 227(a)(4).

22.     The TCPA provides:

> 3. <u>Private right of action</u>. A person may, if otherwise permitted by the laws or rules of court of a state, bring in an appropriate court of that state:
>
> > (A)     An action based on a violation of this subsection or the regulations prescribed under this subsection to enjoin such violation,
> >
> > (B)     An action to recover for actual monetary loss from such a violation, or to receive $500 in damages for each such violation, whichever is greater, or
> >
> > (C)     Both such actions.

23.     The TCPA is a strict liability statute, so Defendant is liable to Plaintiff and the other class members even if its actions were only negligent.

24. If the court finds that Defendant willfully or knowingly violated this subsection or the regulations prescribed under this subsection, the court may, in its discretion, increase the amount of the award to an amount equal to not more than three times the amount available under subparagraph (B) of this paragraph. 47 U.S.C. § 227(b)(3).

25. Defendant violated 47 U.S.C. § 227 et seq. by transmitting Exhibit A hereto to Plaintiff and the other members of the class without obtaining their prior express permission or invitation.

26. Defendant's actions caused damages to Plaintiff and the other class members, because their receipt of Defendant's unsolicited fax advertisements caused them to lose paper and toner consumed as a result. Defendant's actions prevented Plaintiff's fax machine from being used for Plaintiff's business purposes during the time Defendant was using Plaintiff's fax machine for Defendant's illegal purpose. Defendant's actions also cost Plaintiff employee time, as Plaintiff's employees used their time receiving, routing and reviewing Defendant's illegal faxes and that time otherwise would have been spent on Plaintiff's business activities. Pursuant to law, Plaintiff, and each class member, instead may recover $500 for each violation of the TCPA.

27. If the evidence shows Defendant's violation was willful, Plaintiff requests that the court treble the damages.

WHEREFORE, Plaintiff, FUN SERVICES OF KANSAS CITY, INC., individually and on behalf of all others similarly situated, demands judgment in its favor and against Defendant, HERTZ EQUIPMENT RENTAL CORPORATION, as follows:

A.      That the court adjudge and decree that the present case may be properly maintained as a class action, appoint Plaintiff as the representative of the class, and appoint Plaintiff's counsel as counsel for the class;

B.      That the court award actual monetary loss from such violations or the sum of $500.00 in damages for each violation whichever is greater, and, if Defendant's violation was willful, increase the award to three times the amount awarded per violation;

C.      Enter an injunction prohibiting Defendant from transmitting advertisements by facsimile without the recipient's prior express permission or invitation; and

D.      Awarding costs and for such further relief as the court may deem just and proper, but in any event, not more than $75,000.00 per individual class member inclusive of all damages and fees.

## COUNT II
## CONVERSION

28.     Plaintiff incorporates Paragraphs 1 through 14 as though fully set forth herein.

29.     In accordance with K.S.A. 60-223, Plaintiff brings Count II for conversion under the common law for the following class of persons:

> All persons who (1) on or after two years prior to the filing of this action, (2) were sent telephone facsimile messages of material advertising the commercial availability of any property, goods, or services by or on behalf of Defendant, and (3) with respect to whom Defendant cannot provide evidence of prior express permission or invitation for the sending of such faxes.

30.     A class action is proper in that:

(a)     On information and belief the class consists of thirty-eight or more persons in Kansas and throughout the United States and is so numerous that joinder of all members is impracticable.

7

       (b)     There are questions of fact or law common to the class that predominate over all questions affecting only individual class members, including:

       (i)     Whether Defendant engaged in a pattern of sending unsolicited fax advertisements;

       (ii)     Whether the facsimiles Defendant sent were material advertising the commercial availability of property, goods, and services;

       (iii)     Whether Defendant sent advertising faxes without obtaining the recipients' prior express permission or invitation for the faxes;

       (iv)     The manner and method Defendant used to compile or obtain the list of fax numbers to which it sent Exhibit A and other unsolicited faxed advertisements;

       (v)     Whether Defendant committed conversion; and

       (vi)     Whether Plaintiff and the other class members are entitled to recover actual damages and other appropriate relief.

31.     Plaintiff will fairly and adequately protect the interests of the other class members. Plaintiff has retained counsel who is experienced in handling class actions and claims involving unsolicited faxes. Neither Plaintiff nor Plaintiff's counsel has any interests adverse or in conflict with the class.

32.     A class action is an appropriate method for adjudicating this controversy fairly and efficiently. The interest of the individual class members in individually controlling the prosecution of separate claims is small and individual actions are not economically feasible.

33.     By sending Plaintiff and the other class members unsolicited faxes, Defendant improperly and unlawfully converted Plaintiff's fax machine toner, paper, memory, and employee time to its own use.

34.     Immediately prior to the sending of the unsolicited faxes, Plaintiff and the other class members owned an unqualified and immediate right to possession of their fax machine paper, toner, memory, and employee time.

35.     Defendant knew or should have known that its misappropriation of Plaintiff's resources was wrongful and without authorization.

36.     Plaintiff and the other class members were deprived of valuable resources, which because of Defendant could not be used for any other purpose.  Defendant's unsolicited faxes caused unauthorized wear and tear of the class members' machines.

37.     Plaintiff and each class member suffered economic damages because they received unsolicited fax advertisements from Defendant.

WHEREFORE, Plaintiff, FUN SERVICES OF KANSAS CITY, INC., individually and on behalf of all others similarly situated, demands judgment in its favor and against Defendant, HERTZ EQUIPMENT RENTAL CORPORATION, as follows:

A.     That the court adjudge and decree that the present case may be properly maintained as a class action, appoint Plaintiff as the representative of the class, and appoint Plaintiff's counsel as counsel for the class;

B.     That the court award damages;

C.     That the court award costs of suit; and

D.     Awarding such further relief as the court may deem just and proper, but in any event, not more than $75,000.00 to any individual class member.

Respectfully submitted,

By: _____
Rex A. Sharp, KS #12350
Barbara C. Frankland, KS #14198
Gunderson, Sharp & Walke, LLP
5301 West 83rd Street
Prairie Village, KS 66208
Telephone: 913/901-0505
Facsimile: 913/901-0419
rsharp@midwest-law.com
bfrankland@midwest-law.com

AND

Brian J. Wanca (*pro hac vice* pending)
Ryan M. Kelly (*pro hac vice* pending)
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL  60008
Telephone:  847/368-1500
Fax:  847/368-1501

AND

Max G. Margulis (*pro hac vice* pending)
Margulis Law Group
14236 Cedar Springs Dr.
Chesterfield, MO 63107
(314) 434-8502

ATTORNEYS FOR PLAINTIFF

From: Jeremy Robinette  To: Fun Services Inc      Date: 12/9/2005 Time: 2:16:30 PM      Page 1 of 1

TO: 9136313825    Fun Services of Kansas City, Inc # 2

995



# Equipment for Sale

**Call Jeremy Robinette For Details**
Cell #816-305-8534    Fax #1-866-999-0917

| IC # | Area | Description | Year | Make | Model | Hours | Price |
|---|---|---|---|---|---|---|---|
| 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 | St Louis, MO | Carry Deck Crane 8 ton | 1998 | Broderson | IC-80-3E Dual Fuel | 1750 | $31,000 |
| 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 | Kansas City, MO | 185 cfm Air Compressor | 2001 | Sullivan | D185Q8JD | 1551 | $5,950 |
| 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 | Austin, TX | Wheel Loader 3.5 yard | 2000 | Case -Qulk Cplr | 721C w/ Cab Air | 5800 | $53,500 |
| 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 | Kansas City, MO | 20ft Scissor Lift 46 " wide | 1998 | JLG | 2046E | 455 | $3,200 |
| 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 | Kansas City, MO | Excavator 24-28 Metric Ton | 2002 | Deere w/ QC | 230CLC w/ Hyd Thumb | 3200 | $124,500 |
| 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 | Tulsa, OK | Crane Truck 21 ton | 1999 | International | 2674 chassis w/ 900C | 61000 miles | $82,000 |
| 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 | Kansas City, MO | 8000# Hi Reach Forklift | 2001 | Lull | 844C-42 | 2300 | $47,500 |
| 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 | Oklahoma City | Excavator 24-28 ton Class | 2002 | Deere | 230CLC | 4089 | $115,000 |
| 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 | St Louis, MO | 23 ton Boom Truck w/ 43ft Jib | 2003 | Sterling-Nationl | LT9500 w/ 950C | 42881 miles | $139,500 |
| 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 | Columbia, MO | Backhoe 4wd Extendahoe | 2000 | Case | 580L Cab | 2800 | $31,500 |
| 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 | Kansas City, MO | 15 ton Crane Truck | 2000 | Int'l w/ Manitex | 4700-Sgl Axle w/ M1768 | 19000 Miles | $53,900 |
| 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 | Columbia, MO | Backhoe 4wd Extendahoe | 2000 | Case | 580L Cab | 2800 | $31,500 |
| 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 | Kansas City, MO | 45ft Straight Boom 4wd Dsl | 2003 | Genie | S-45 w/ Jib | 1650 | $48,500 |
| 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 | Kansas City, MO | 60ft Straight Boom 4wd Gas | 1999 | Genie | S-60 w/ Generator | 3100 | $31,500 |
| 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 | Kansas City, MO | 185 cfm Air Compressor | 2001 | Sullivan | D185Q8JD | 1650 | $6,900 |
| 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 | Kansas City, MO | Excavator 19-21 ton Class | 2000 | Deere | 200LC-Hyd Thmb & Cplr | 4250 | $70,900 |
| 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 | Kansas City, MO | 10000# Reach Forklift | 1998 | Skytrak | 10054 | 4029 | $48,000 |
| 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 | Kansas City, MO | 40ft Straight Boom 4wd DF | 1998 | JLG | 40H | 2800 | $13,500 |
| 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 | Kansas City, MO | 40ft Straight Boom 4wd Dsl | 2002 | Genie | S-40 | 1685 | $41,000 |
| 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 | Kansas City, MO | 40ft Straight Boom 4wd Gas | 1999 | Genie | S-40 w/ Generator | 3,350 | $21,000 |
| 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 | Kansas City, MO | Skidsteer 1751# - 2751# | 2001 | Bobcat | 773-T | 1111 | $15,500 |
| 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 | Jackson, MS | Forklift 8000# Const Straght | 2000 | Case | 95XT | 2700 | $22,000 |
| 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 | Kansas City, MO | 120ft Straight Boom 4wd Dsl | 2002 | Case | 566G 2wd | 1650 | $27,500 |
| 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 | Kansas City, MO | Dozer w/ New Undercarriage | 2001 | JLG | 120SXJ | 3450 | $85,000 |
| 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 | Texas City, TX | 1300 cfm Air Compressor | 1998 | Deere-ROPS | 750C w/ Hyd Ripper | 4700 | $73,500 |
| 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 | Little Rock, AR | Backhoe 4wd Extendahoe | 2001 | I-R | HP1300WC | 2906 | $46,000 |
| 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 | Columbia, MO | 60ft Straight Boom 4wd | 2002 | Deere | 410G w/ Cab Air | 950 | $56,900 |
| 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 | Deer Park, TX | Dozer w/ 1 year old U/C | 2000 | Genie Dual Fuel | S-80 w/ Generator | 2050 | $53,900 |
| 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 | Kansas City, MO | Road Grader 130-139 HP Dsl | 1999 | Deere | 550G Long Std Track | 3100 | $37,900 |
| 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 | Longview, TX | Air Compressor 825 CFM | 1998 | Deere-Cab | 870CH w/ Ripper | 4500 | $69,500 |
| 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 | Dallas, TX | Roller 8 ton 66" Smth Drum | 2002 | I-R | XP825WCU | 1850 | $31,500 |
| 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 | Tulsa, OK | Excavator 19-21 Metric Ton | 2003 | I-R | SD70D w/ Shell Kit | 750 | $58,500 |
| 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 | Kansas City, MO | Excavator 6-8 Metric Ton | 2000 | Kobelco | SK210LC | 5500 | $54,500 |
| 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 | Texas City, TX | Excavator 3-4 Metric Ton | 1999 | Takeuchi | TB070 w/ Cab | 4151 | $24,000 |
| 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 | Kansas City, MO | Forklift 8000# Hi Reach | 2001 | Bobcat | 331 | 1850 | $18,000 |
| 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 | Lake Charles, LA | Backhoe 65-74hp Standard | 2000 | Skytrak | 8042 w/ 42ft Lift | 3200 | $42,000 |
| 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 | Corpus Christi, TX | Forklift 6000# Hi Reach | 1999 | Case 4wd | 580L - Canopy | 2274 | $27,300 |
| 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 | Little Rock, AR | Forklift 8000# Hi Reach | 1998 | Gradall | 534D-8 | 4600 | $25,000 |
| 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 | Kansas City, MO | Trencher walk behind | 2000 | Skytrak | 8042 w/ 42ft Lift | 2500 | $42,000 |
| 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 | Tulsa, OK | Roller 8 ton w/ Shell Kit | 2000 | Ditch Witch | 1820HE-3ft | 313 | $4,500 |
| 95-08-3904 | Longview, TX | Forklift 6000# Straightmast | 2003 | Vibromax | 605D - 98 inch Drum | 1250 | $44,500 |
| 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 | Corpus Christi, TX | Dump Truck 6 yard | 1998 | Case - 22ft | 586E - 2wd | 2650 | $18,400 |
| 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 | Texas City, TX | Forklift Hi Reach 10000# | 2000 | Ford | F750 Single Axle | 26000 Miles | $23,500 |
| 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 | Columbia, MO | Roller 3 ton Double Drum | 2001 | Gradall | 544D - 55ft lift | 2900 | $57,500 |
| 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 | Tulsa, OK | Roller 5 ton w/ Shell Kit | 2003 | Vibromax | 265 Smooth Drum | 450 | $14,500 |
| 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 | St Louis, MO | Forklift 10000# Hi Reach | 2001 | I-R | SD40D | 650 | $37,500 |
| 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 | Corpus Christi, TX | Dump Truck 6 yard | 1998 | Lull | 1044C-54 | 4800 | $48,000 |
| 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 | Omaha, NE | Excavator 3-4 Metric Ton | 1999 | Freightliner | FL70 Single Axle | 38000 Miles | $16,900 |
| 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 | Texarkana, TX | Forklift Hi Reach 8000# | 1999 | Bobcat | 331 | 4300 | $12,500 |
| 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 | St Louis, MO | Crawler Loader 3/4 yard bkt | 2002 | Skytrak | 8042 | 2300 | $57,200 |
| 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 | Kansas City, MO | Backhoe Extendahoe-4wd | 2003 | Takeuchi | TL150 w/ New Tracks | 1380 | $38,400 |
| 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 | Oklahoma City | Wheel Loader 3 yard | 2001 | Deere | 310SG - Cab Air | 3075 | $42,900 |
| 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 | Corpus Christi, TX | Wheel Loader 2.5yd | 2000 | Deere w/ JRB | 544H w/ 3rd Valve | 8192 | $67,500 |
| 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 | Omaha, NE | Wheel Loader 4 yard | 2002 | Deere w/ JRB | 544H w/ 3rd Valve | 3000 | $79,900 |
| 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 | | | 2000 | Deere w/ JRB | 644H w/3rd Valve | 3100 | $89,900 |

All equipment quoted less
freight and applicable taxes

To be removed from fax
program, call or fax

Hertz Equipment Rental
Corp has a full fleet of well
maintained equipment

PLAINTIFF'S EXHIBIT

A


From: Jeremy Robinette  To: Fun Services Inc.                Date: 3/7/2008 Time: 6:27:28 PM                                    Page 1 of 1

To 9136313825     Fun Services of Kansas City, Inc #②     (RDS)





# Equipment for Sale

**Call Jeremy Robinette For Details**
Cell #816-305-8534    Fax #1-866-999-0817

| IC # | Area | Description | Year | Make | Model | Hours | Price |
|---|---|---|---|---|---|---|---|
| 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 | Kansas City, MO | Skidsteer 1751#-2750# | 2002 | Deere | 260 | 885 | $18,750 |
| 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 | Kansas City, MO | 185 cfm Air Compressor | 2001 | Sullvan | D185C6J/D | 1750 | $6,650 |
| 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 | Palm Beach, FL | Wheel Loader 3yd | 2000 | Deere-Cab | 544H - JRB Coupler | 6300 | $85,500 |
| 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 | Kansas City, MO | 20ft Scissor Lift 33" wide | 1998 | JLG | 2033E | 594 | $4,100 |
| 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 | Kansas City, MO | Excavator 24-28 Metric Ton | 2002 | Deere w/ QC | 230CLC w/ Hyd Thumb | 3550 | $138,000 |
| 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 | Kansas City, MO | Road Grader 130-139HP | 1998 | Deere-Cab | 670CH - 13' Board | 4750 | $78,500 |
| 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 | Kansas City, MO | 8000# Hi Reach Forklift | 2001 | Lull | 844C-42 | 2450 | $46,000 |
| 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 | Texarkana, TX | Excavator 24-28 ton Class | 2002 | Deere | 230CLC | 3200 | $126,000 |
| 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 | Conroe, TX | Excavator 12-14 Metric Ton | 2001 | Deere | 120 | 3100 | $70,500 |
| 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 | Columbia, MO | Backhoe 4wd Extendahoe | 2000 | Case | 580L Cab | 2800 | $33,000 |
| 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 | Kansas City, MO | 15 ton Crane Truck | 2001 | Int'l w Manitex | 4700-Sgl Axle w/ M1766 | 19000 Miles | $53,900 |
| 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 | Columbia, MO | Backhoe 4wd Extendahoe | 2000 | Case | 580L Cab | 2800 | $33,000 |
| 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 | Longview, TX | Dump Truck 14yd Tandem | 2000 | International | 2574-01 | 25000 Miles | $52,500 |
| 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 | Kansas City, MO | 60ft Straight Boom 4wd Gas | 1999 | Genie | S-60 w/ Generator | 3100 | $35,500 |
| 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 | Arlington, TX | Roller 11ton Vibratory | 2001 | I-R | SD100D w/ Shell Kit | 2680 | $62,500 |
| 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 | Kansas City, MO | Excavator 19-21 ton Class | 2000 | Deere | 200LC-Hyd Thmb & Coir | 5400 | $77,000 |
| 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 | Kansas City, MO | 10000# Reach Forklift | 1999 | Skytrak | 10054 | 4300 | $48,800 |
| 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 | Kansas City, MO | Roller Trench 33" Vibratory | 2003 | Vibromax | 1500R | 590 | $15,000 |
| 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 | Kansas City, MO | 40ft Straight Boom 4wd Dsl | 2002 | Genie | S-40 | 1885 | $41,000 |
| 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 | Kansas City, MO | 40ft Straight Boom 4wd Gas | 1999 | Genie | S-40 w/ Generator | 3,350 | $23,900 |
| 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 | Texarkana, TX | Excavator 19-21 ton Class | 2001 | Deere | 200LC-Hyd Thmb | 4100 | $84,500 |
| 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 | Kansas City, MO | Truck/Water/2000 Gallon | 2000 | International | 4700-02 Single Axle | 36000 Miles | $29,000 |
| 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 | Longview, TX | Forklift 6000# Const Strght | 2001 | Case | 586G 2wd | 2995 | $27,000 |
| 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 | Baton Rouge, LA | 120ft Straight Boom 4wd Dsl | 1998 | JLG | 120HX | 5350 | $59,000 |
| 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 | Oklahoma City | Dozer w/ New Undercarriage | 1999 | Deere-ROPS | 750C w/ Hyd Ripper | 4850 | $78,500 |
| 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 | Texas City, TX | 1300 cfm Air Compressor | 2001 | I-R | HP1300WC | 2900 | $46,000 |
| 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 | Springdale, AR | Forklift 6000# HI Reach | 2000 | Skytrak | 6036 w/ 36ft lift | 3100 | $37,900 |
| 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 | Kansas City, MO | 80ft Straight Boom 4wd | 2000 | Genie Dual Fuel | S-80 w Generator | 2170 | $51,000 |
| 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 | Deer Park, TX | Dozer w/1 year old U/C | 1999 | Deere | 550G Long Std Track | 3300 | $37,500 |
| 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 | Oklahoma City | 80ft Straight Boom 4wd Dsl | 2001 | Snorkel | TB80 w/ Generator | 3000 | $63,000 |
| 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 | Houston, TX | Air Compressor 825 CFM | 2002 | I-R | XP825WCU | 2650 | $32,500 |
| 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 | Oklahoma City | Excavator 3-4 Metric ton | 2000 | Bobcat | 331 | 2100 | $16,500 |
| 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 | Tulsa, OK | Excavator 19-21 Metric Ton | 2000 | Kobelco | SK210LC | 5550 | $62,900 |
| 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 | Springdale, AR | Forklift 6000# Hi Reach | 1998 | Gradall | 534D-6 w/ 42' lift | 3500 | $31,000 |
| 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 | Texarkana, TX | Forklift 6000# HI Reach | 2000 | Lull | 644B-42 w/ 42' lift | 2000 | $43,500 |
| 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 | Kansas City, MO | Forklift 8000# HI Reach | 2000 | Skytrak | 8042 w/ 42ft Lift | 3500 | $42,000 |
| 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 | Conroe, TX | Dump Truck 6 yard | 1999 | Freightliner | FL70 - Single Axle | 27000 miles | $19,500 |
| 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 | Kansas City, MO | 60ft Articulating Boom lift | 1999 | Genie - 4wd | Z60/34-4wd | 2800 | $33,500 |
| 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 | Little Rock, AR | Forklift 8000# HI Reach | 2000 | Skytrak | 8042 w/ 42ft Lift | 2575 | $43,500 |
| 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 | Kansas City, MO | Trencher walk behind | 2000 | Ditch Witch | 1820HE-3R | 313 | $4,500 |
| 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 | Kansas City, MO | 45ft Articulating Boom Lift | 1998 | Genie - 4wd | Z-45/22 Dual Fuel | 2545 | $18,500 |
| 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 | Fort Worth, TX | Dump Truck 4 yard | 1999 | Ford | F550 Single Axle | 62000 | $18,000 |
| 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 | Kansas City, MO | Dump Truck 8 yard | 2000 | Ford | F750 Single Axle | 26000 Miles | $24,800 |
| 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 | Kansas City, MO | 2 Gang Slab Rider Drill | 2001 | EZ-Drill | 210B2SRA | | $8,350 |
| 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 | Springfield, MO | Roller 3 ton Double Drum | 2003 | Vibromax | 265 Smooth Drum | 575 | $17,500 |
| 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 | Oklahoma City | Roller 5 ton w/ Shell Kit | 2001 | I-R | SD40D | 725 | $35,000 |
| 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 | St Louis, MO | Forklift 10000# HI Reach | 1998 | Lull | 1044C-54 | 4800 | $50,500 |
| 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 | Corpus Christi, TX | Dump Truck 6 yard | 1999 | Freightliner | FL70 Single Axle | 38000 Miles | $19,000 |
| 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 | Kansas City, MO | Excavator 3-4 Metric Ton | 2003 | Takeuchi | TB175 | 1600 | $54,500 |
| 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 | Springdale, AR | Skidsteer 1251# - 1750# | 2001 | Bobcat | 753-G | 1946 | $13,500 |
| 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 | St Louis, MO | Crawler Loader 3/4 yard bkt | 2003 | Takeuchi | TL150 w/ New Tracks | 1350 | $38,400 |
| 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 | Omaha, NE | Backhoe Extendahoe 4wd | 2000 | Deere | 410E - Cab | 5250 | $43,500 |
| 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 | Oklahoma City | Wheel Loader 3 yard | 2000 | Deere w/ JRB | 544H w/ 3rd Valve | 6385 | $74,500 |
| 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 | Kansas City, MO | Welder 250 Amp Diesel | 2001 | Lincoln | K-1283-4 Trailer Mtd | 2612 | $4,900 |
| 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 | Kansas City, MO | LOADED SERVICE TRUCK | 1999 | Ford - 2wd | F450 w/ 7.3L Diesel | 212,000 Miles | $21,000 |

All equipment quoted less
freight and applicable taxes

To be removed from fax
program, call or fax

Hertz Equipment Rental
Corp has a full fleet of well
maintained equipment

TO: 913631 3825

Fun Services of Kansas
City the #②

4/06



# Equipment for Sale ✗

**Call Jeremy Robinette For Details**

Cell #816-305-8534    Fax #1-866-999-0817

| IC # | Area | Description | Year | Make | Model | Hours | Price |
|---|---|---|---|---|---|---|---|
| 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 | Kansas City, MO | Skidsteer 1751#-2750# | 2002 | Deere | 260 | 885 | $18,750 |
| 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 | Kansas City, MO | 185 cfm Air Compressor | 2001 | Sullivan | D185Q6JD | 1750 | $6,850 |
| 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 | Houston, TX | Dozer /80 HP/Wide Track | 2000 | Deere-Canopy | 550H-LGP w/ Ripper | 3500 | $50,795 |
| 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 | Conroe, TX | BACKHOE/65-74HP/4WD | 2000 | Deere - Rops | 310E | 3350 | $26,500 |
| 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 | Kansas City, MO | Excavator 24-28 Metric Ton | 2002 | Deere w/ QC | 230CLC w/ Hyd Thumb | 3550 | $131,000 |
| 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 | Little Rock, AR | BACKHOE/65-74HP/4WD | 2000 | Deere-Cab | 310E Extendahoe | 3800 | $34,000 |
| 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 | Kansas City, MO | 8000# Hi Reach Forklift | 2001 | Lull | 844C-42 | 2450 | $48,000 |
| 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 | Kansas City, MO | 8000# Hi Reach Forklift | 2000 | Lull | 844C-42 | 4400 | $39,500 |
| 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 | Conroe, TX | Excavator 12-14 Metric Ton | 2001 | Deere | 120 | 3100 | $67,500 |
| 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 | Columbia, MO | Backhoe 4wd Extendahoe | 2000 | Case | 580L Cab | 2800 | $33,000 |
| 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 | Monroe, LA | 15 ton Crane Truck | 2001 | Int'l w National | 4700-Sgl Axle w/ 500C | 22000 | $47,795 |
| 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 | Corpus Christi, TX | 15 ton Crane Truck | 2001 | Int'l w National | 4700-Sgl Axle w/ 500C | 18500 | $50,995 |
| 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 | Longview, TX | Dump Truck 14yd Tandem | 2000 | International | 2874-01 | 26000 Miles | $49,500 |
| 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 | Kansas City, MO | 80ft Straight Boom 4wd Gas | 1999 | Genie | S-80 w/ Generator | 3100 | $35,500 |
| 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 | Conroe, TX | Roller 11ton Vibratory | 2003 | I-R | SD100D w/ Shell Kit | 1161 | $75,500 |
| 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 | Kansas City, MO | Excavator 19-21 ton Class | 2000 | Deere | 200LC-Hyd Thmb & Cplr | 5400 | $75,500 |
| 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 | Kansas City, MO | 10000# Reach Forklift | 1999 | Skytrak | 10054 | 4300 | $48,800 |
| 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 | Kansas City, MO | Roller Trench 33" Vibratory | 2003 | Vibromax | 1500R | 590 | $15,000 |
| 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 | Shreveport, LA | Roller 11ton Vibratory | 2001 | I-R | SD100 Smooth Drum | 1785 | $63,000 |
| 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 | Oklahoma City | 40ft Straight Boom 4wd Gas | 1989 | Genie | S-40 w/ Generator | 3,350 | $22,500 |
| 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 | Springfield, MO | 6000# Hi Reach Forklift | 1998 | Gradall | 534D6 - 42ft lift | 4200 | $27,000 |
| 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 | Fort Worth, TX | 9000# Hi Reach Forklift | 2000 | Gradall | 534D9 - 45ft lift | 3550 | $41,000 |
| 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 | Longview, TX | Forklift 6000# Const Strght | 2001 | Case | 586G 2wd | 2995 | $27,000 |
| 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 | Tulsa, OK | Dump Truck 6 yard | 2000 | Ford | F750 Sgl Axle | 50500 | $21,750 |
| 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 | Oklahoma City | Dozer /140 HP / STD Track | 1999 | Deere-ROPS | 750C w/ Hyd Ripper | 4875 | $75,000 |
| 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 | Texarkana, TX | Mini Excavator | 2000 | Bobcat | 325 | 2529 | $12,900 |
| 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 | Springdale, AR | Forklift 6000# Hi Reach | 2000 | Skytrak | 6036 w/ 36ft lift | 3100 | $37,900 |
| 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 | Kansas City, MO | 80ft Straight Boom 4wd | 2000 | Genie Dual Fuel | S-80 w Generator | 2170 | $59,000 |
| 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 | Deer Park, TX | Dozer / 80HP / Std Track | 1999 | Deere | 550G | 3300 | $35,000 |
| 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 | Oklahoma City | 80ft Straight Boom 4wd Dsl | 2001 | Snorkel | TB80 w/ Generator | 3000 | $63,000 |
| 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 | Kansas City, MO | Track Skid Steer | 1999 | Takeuchi | TL126 | 2230 | $18,500 |
| 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 | Lake Charles, LA | Roller 8 ton w/ Shell Kit | 2003 | I-R | SD-70D | 570 | $61,500 |
| 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 | Tulsa, OK | Excavator 19-21 Metric Ton | 2000 | Kobelco | SK210LC | 5600 | $59,900 |
| 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 | Kansas City, MO | Forklift 6000# Hi Reach | 1999 | Lull | 644D34 w/ 34' lift | 3016 | $29,900 |
| 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 | Texarkana, TX | Forklift 6000# Hi Reach | 2000 | Lull | 644S-42 w/ 42' lift | 2000 | $43,500 |
| 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 | Springfield, MO | Dozer 80 HP Std Track | 2001 | Deere | 550H | 3360 | $51,000 |
| 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 | Conroe, TX | Dump Truck 6 yard | 1999 | Freightliner | FL70 - Single Axle | 27000 miles | $18,000 |
| 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 | Kansas City, MO | Light Tower 4000 Watt | 2002 | Genie - Dsl | TML-4000 | 1300 | $5,100 |
| 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 | Little Rock, AR | Forklift 8000# Hi Reach | 2000 | Skytrak | 8042 w/ 42ft Lift | 2800 | $43,500 |
| 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 | Kansas City, MO | Trencher walk behind | 2000 | Ditch Witch | 1820HE-5ft | 313 | $4,500 |
| 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 | Kansas City, MO | 45ft Articulating Boom Lift | 1996 | Genie - 4wd | Z-45/22 Dual Fuel | 2545 | $18,500 |
| 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 | Fort Worth, TX | Dump Truck 4 yard | 1999 | Ford | F550 Single Axle | 62000 | $18,000 |
| 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 | Kansas City, MO | Dump Truck 6 yard | 2000 | Ford | F750 Single Axle | 26000 Miles | $24,500 |
| 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 | Kansas City, MO | 2 Gang Slab Rider Drill | 2001 | EZ-Drill | 210B2SRA | | $6,350 |
| 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 | Springfield, MO | Roller 3 ton Double Drum | 2003 | Vibromax | 265 Smooth Drum | 575 | $17,500 |
| 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 | Kansas City, MO | Pump finish 6 inch | 2001 | Pioneer | P6F4L Diesel | 3700 | $13,500 |
| 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 | St Louis, MO | Forklift 10000# Hi Reach | 1998 | Lull | 1044C-54 | 4990 | $46,000 |
| 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 | Corpus Christi, TX | Dump truck 6 yard | 1999 | Freightliner | FL70 Single Axle | 38000 Miles | $19,000 |
| 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 | Kansas City, MO | Excavator 3-4 Metric Ton | 2003 | Takeuchi | TB175 | 1600 | $53,000 |
| 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 | Springdale, AR | Skidsteer 1251#-1750# | 2001 | Bobcat | 753-G | 2400 | $13,500 |
| 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 | St Louis, MO | Crawler Loader 3K yard bid | 2003 | Takeuchi | TL150 w/ New Tracks | 1360 | $38,400 |
| 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 | Elgin, IL | Skidsteer 1751#-2750# | 1999 | Case | 1845C | 1971 | $13,500 |
| 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 | Stockton, CA | 3700 Gallon Water Truck | 2001 | Int'l 4900 | Valew 3700 Gallon Tank | 9891 | $49,000 |
| 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 | Kansas City, MO | Welder 250 Amp Diesel | 2001 | Lincoln | K-1283-4 Trailer Mtd | 2812 | $4,900 |
| 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 | Modesto, CA | 3700 Gallon Water Truck | 2001 | Int'l 4900 | Valew 3700 Gallon Tank | 18592 | $49,000 |

All equipment quoted less
freight and applicable taxes

To be removed from fax
program, call or fax

Hertz Equipment Rental
Corp has a full fleet of well
maintained equipment

TO: 9136313825   *Fun Services of Kansas City, Inc #2*   (1050)   X



# Equipment for Sale

**Call Jeremy Robinette For Details**
Cell #816-305-8534     Fax #1-866-999-0817

| IC # | Area | Description | Year | Make | Model | Hours | Price |
|---|---|---|---|---|---|---|---|
| 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 | Kansas City, MO | Skidsteer 1751#-2750# | 2002 | Deere | 260 | 885 | $18,750 |
| 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 | Kansas City, MO | 185 cfm Air Compressor | 2001 | Sullivan | D185Q6JD | 1750 | $6,850 |
| 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 | Houston, TX | Dozer /80 HP/Wide Track | 2000 | Deere-Canopy | 550H-LGP w/ Ripper | 3500 | $90,795 |
| 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 | Kansas City, MO | Skidsteer 2251# - 2750# | 2003 | Bobcat | S250 | 1033 | $21,950 |
| 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 | Kansas City, MO | Excavator 24-28 Metric Ton | 2002 | Deere w/ QC | 230CLC w/ Hyd Thumb | 3550 | $127,000 |
| 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 | Little Rock, AR | BACKHOE/65-74HP/4WD | 2000 | Deere-Cab | 310E Extendahoe | 3600 | $34,000 |
| 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 | Kansas City, MO | 8000# Hi Reach Forklift | 2001 | Lull | 844C-42 | 2450 | $48,000 |
| 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 | Kansas City, MO | Excavator 3-4 Metric Ton | 2003 | Bobcat | 331 | 985 | $24,995 |
| 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 | Conroe, TX | Excavator 12-14 Metric Ton | 2001 | Deere | 120 | 3100 | $66,000 |
| 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 | Columbia, MO | Backhoe 4wd Extendahoe | 2000 | Case | 580L Cab | 2950 | $31,500 |
| 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 | Columbia, MO | 15 ton Crane Truck | 2001 | Int'l w/ National | 4700-Sgl Axle w/ 560C | 27000 Miles | $50,995 |
| 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 | Omaha, NE | Trencher Ride On 80 - 89 HP | 2002 | Vermeer - 8ft | V8550A w/ Backhoe | 748 | $47,995 |
| 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 | Longview, TX | Dump Truck 14yd Tandem | 2001 | International | 2674-01 | 26000 Miles | $48,000 |
| 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 | Kansas City, MO | 60ft Straight Boom 4wd Gas | 1999 | Genie | S-60 w/ Generator | 3150 | $33,000 |
| 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 | Conroe, TX | Roller 11ton Vibratory | 2003 | I-R | SD100D w/ Shell Kit | 1161 | $75,900 |
| 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 | Kansas City, MO | Excavator 19-21 ton Class | 2000 | Deere | 200LC-Hyd Thmb & Cplr | 5550 | $89,500 |
| 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 | Kansas City, MO | 10000# Reach Forklift | 1999 | Skytrak | 10054 | 4600 | $47,000 |
| 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 | Kansas City, MO | Roller Trench 33" Vibratory | 2003 | Vibromax | 1500R | 607 | $15,000 |
| 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 | Kansas City, MO | Scissor Lift 25 ft | 1999 | Mayville | 2548 HT | | $3,900 |
| 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 | Kansas City, MO | 40ft Straight Boom 4wd Gas | 1998 | Genie | S-40 w/ Generator | 3,200 | $28,900 |
| 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 | Springfield, MO | 6000# Hi Reach Forklift | 1998 | Gradall | 534D6 - 42ft lift | 4200 | $27,000 |
| 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 | Fort Worth, TX | 9000# Hi Reach Forklift | 2000 | Gradall | 534D9 - 45ft lift | 3550 | $41,000 |
| 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 | Kansas City, MO | 70ft Straight Boom 2wd Gas | 1998 | JLG | 70H Dual Fuel | 2352 | $9,900 |
| 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 | Tulsa, OK | Dump Truck 6 yard | 2000 | Ford | F750 Sgl Axle | 50500 | $21,750 |
| 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 | Oklahoma City | Dozer / 140 HP / STD Track | 1999 | Deere-ROPS | 750C w/ Hyd Ripper | 4990 | $72,500 |
| 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 | Texarkana, TX | Mini Excavator | 2000 | Bobcat | 325 | 2590 | $12,900 |
| 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 | Springdale, AR | Forklift 6000# Hi Reach | 2000 | Skytrak | 6036 w/ 36ft lift | 3100 | $35,900 |
| 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 | Kansas City, MO | 80ft Straight Boom 4wd | 2000 | Genie Dual Fuel | S-80 w/ Generator | 2400 | $57,500 |
| 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 | Deer Park, TX | Dozer / 80HP / Std Track | 1999 | Deere | 550G | 3300 | $55,000 |
| 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 | Kansas City, MO | Pickup Truck Diesel | 2000 | Ford | F250 2wd | 135000 | $11,500 |
| 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 | Kansas City, MO | Track Skid Steer | 1999 | Takeuchi | TL126 | 2230 | $14,995 |
| 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 | Fort Worth, TX | Roller 8 ton w/ Shell Kit | 2003 | I-R | SD-70D | 1100 | $56,000 |
| 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 | Baton Rouge, LA | Roller 5 ton Smooth Drum | 2000 | I-R | SD-40D | 925 | $29,900 |
| 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 | Kansas City, MO | Forklift 6000# Hi Reach | 1999 | Lull | 644D34 w/ 34' lift | 3016 | $29,900 |
| 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 | Texarkana, TX | Forklift 6000# Hi Reach | 2000 | Lull | 644B-42 w/ 42' lift | 2000 | $42,000 |
| 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 | Springfield, MO | Dozer 80 HP Std Track | 2001 | Deere | 550H | 3360 | $51,000 |
| 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 | Conroe, TX | Dump Truck 6 yard | 1999 | Freightliner | FL70 - Single Axle | 27000 miles | $18,000 |
| 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 | Kansas City, MO | Light Tower 4000 Watt | 2002 | Genie - Dsl | TML4000 | 1300 | $5,100 |
| 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 | Little Rock, AR | Forklift 8000# Hi Reach | 2000 | Skytrak | 8042 w/ 42ft Lift | 2800 | $41,900 |
| 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 | Kansas City, MO | Trencher walk behind | 2000 | Ditch Witch | 1820HE-3ft | 313 | $4,500 |
| 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 | Kansas City, MO | 45ft Articulating Boom Lift | 1998 | Genie - 4wd | Z-45/22 Dual Fuel | 2600 | $16,900 |
| 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 | Kansas City, MO | 35 HP Walk Behind Saw | 2002 | Target - Diesel | Pro 35 - 26" Blade Cap | 410 | $5,750 |
| 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 | Kansas City, MO | 30ft Articulating Boom Lift | 1999 | Genie - Electric | Z-30 / 20N | 695 | $14,500 |
| 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 | Kansas City, MO | Welder 300 Amp Diesel | 2002 | Lincoln | Class 300 | 2645 | $6,850 |
| 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 | Springfield, MO | Roller 3 ton Double Drum | 2003 | Vibromax | 265 Smooth Drum | 575 | $17,500 |
| 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 | Kansas City, MO | Pump Trash 6 inch | 2001 | Pioneer | P6F4L Diesel | 3700 | $13,500 |
| 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 | Kansas City, MO | Breaker Hydraulic 600# | 2003 | Kent | KF4FSP - Skid Steer | | $3,750 |
| 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 | Kansas City, MO | Forklift 5000# Warehouse | 2000 | Hyster | H50XM | 1800 | $12,900 |
| 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 | Kansas City, MO | Excavator 3-4 Metric Ton | 2003 | Takeuchi | TB175 | 1600 | $53,000 |
| 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 | Little Rock, AR | Skidsteer 1251# - 1750# | 2001 | Bobcat | 753-G | 2400 | $13,500 |
| 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 | St Louis, MO | Crawler Loader 3/4 yard bkt | 2003 | Takeuchi | TL150 w/ New Tracks | 1350 | $38,400 |
| 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 | Omaha, NE | 4 yard Dump Truck | 2001 | Ford | F550 Diesel | 28600 | $26,900 |
| 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 | Springdale, AR | 5 ft Trencher Ride 30-38 HP | 2000 | Ditch Witch | 3400 w/ Backhoe | 1977 | $16,500 |
| 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 | Kansas City, MO | Welder 250 Amp Diesel | 2001 | Lincoln | K-1263-4 Trailer Mtd | 2672 | $4,900 |
| 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 | Kansas City, MO | LOADED SERVICE TRUCK | 1999 | Ford - F450 | Crane-Welder-Air Comp | 24000 | $22,000 |

All equipment quoted less
freight and applicable taxes

To be removed from fax
program, call or fax

Hertz Equipment Rental
Corp has a full fleet of well
maintained equipment

From: Jeremy Robinette To: Fun Services Inc     Date: 8/9/2003 Time: 5:38:12 PM     Page 1 of 1

*TO: 913 631 3825 — Fun Services of Kansas City Inc #2 — (1064)*



# Equipment for Sale

**Call Jeremy Robinette For Details**
Cell #816-305-8534    Fax #1-866-999-0817

| IC # | Area | Description | Year | Make | Model | Hours | Price |
|---|---|---|---|---|---|---|---|
| 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 | Kansas City, MO | Skidsteer 1751#-2750# | 2002 | Deere | 250 | 885 | $18,750 |
| 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 | Kansas City, MO | 185 cfm Air Compressor | 2001 | Sullivan | D185CBJD | 1750 | $6,650 |
| 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 | Houston, TX | Dozer /80 HP/Wide Track | 2000 | Deere-Canopy | 550H-LGP w/ Ripper | 3500 | $50,795 |
| 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 | Kansas City, MO | Skidsteer 2251# - 2750# | 2003 | Bobcat | S250 | 1033 | $21,950 |
| 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 | Kansas City, MO | Excavator 24-28 Metric Ton | 2002 | Deere w/QC | 230CLC w/ Hyd Thumb | 3550 | $124,500 |
| 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 | Kansas City, MO | Backhoe 4wd Extendahoe | 2001 | Case | 580M Cab Air | 2582 | $37,500 |
| 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 | Columbia, MO | Skidsteer 1751# - 2750# | 2000 | Bobcat | 863-G | 2200 | $12,950 |
| 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 | Kansas City, MO | Excavator 3 -4 Metric Ton | 2003 | Bobcat | 331 | 985 | $24,995 |
| 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 | Conroe, TX | Excavator 12-14 Metric Ton | 2001 | Deere | 120 | 3100 | $66,000 |
| 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 | Columbia, MO | Backhoe 4wd Extendahoe | 2000 | Case | 580L Cab | 2850 | $29,900 |
| 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 | Columbia, MO | 15 ton Crane Truck | 2001 | Int'l w/ National | 4700-Sgl Axle w/ 560C | 27000 Miles | $49,000 |
| 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 | Omaha, NE | Trencher Ride On 80 - 89 HP | 2002 | Vermeer - 6ft | V8550A w/ Backhoe | 748 | $43,575 |
| 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 | Longview, TX | Dump Truck 14yd Tandem | 2000 | International | 2674-01 | 28000 Miles | $46,900 |
| 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 | Kansas City, MO | 80ft Straight Boom 4wd Gas | 1999 | Genie | S-80 w/ Generator | 3150 | $51,900 |
| 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 | Kansas City, MO | 86ft Straight Boom 4wd Del | 2003 | JLG | 860SJ w/ 6ft Jib | 2350 | $81,500 |
| 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 | Kansas City, MO | Excavator 19-21 ton Class | 2000 | Deere | 200LC-Hyd Thmb & Cplr | 5550 | $84,000 |
| 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 | Kansas City, MO | Pump Trash 6 inch | 2001 | Pioneer | P6F4L-Diesel | 3829 | $12,200 |
| 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 | Kansas City, MO | Roller Trench 33" Vibratory | 2003 | Vibromax | 1500R | 607 | $15,000 |
| 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 | Kansas City, MO | Scissor Lift 25 ft | 1999 | Mayville | 2548 HT | | $3,900 |
| 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 | Kansas City, MO | 40ft Straight Boom 4wd Gas | 1999 | Genie | S-40 w/ Generator | 3,200 | $27,700 |
| 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 | Springfield, MO | 6000# Hi Reach Forklift | 1998 | Gradall | 534D6 - 42ft lift | 4200 | $27,000 |
| 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 | Fort Worth, TX | 9000# Hi Reach Forklift | 2000 | Gradall | 534D9 - 45ft lift | 3684 | $41,000 |
| 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 | Kansas City, MO | 70ft Straight Boom 2wd Gas | 1988 | JLG | 70H Dual Fuel | 2352 | $9,900 |
| 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 | Omaha, NE | Dump Truck 5 yard | 2000 | Ford | F750 Sgl Axle | 50500 | $21,750 |
| 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 | Oklahoma City | Dozer / 140 HP / STD Track | 1999 | Deere-ROPS | 750C w/ Hyd Ripper | 4990 | $89,900 |
| 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 | Kansas City, MO | Power Buggy 16 cu ft | 2003 | Whiteman | Honda Engine | | $4,100 |
| 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 | Springdale, AR | Forklift 6000# Hi Reach | 2000 | Skytrak | 6036 w/ 36ft lift | 3100 | $34,900 |
| 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 | Kansas City, MO | 80ft Straight Boom 4wd | 2000 | Genie Dual Fuel | S-80 w Generator | 2400 | $53,900 |
| 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 | Oklahoma City | Roller 11 ton w/ Shell Kit | 2003 | I-R | SD-100D | 1054 | $75,500 |
| 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 | Kansas City, MO | Pickup Truck Diesel | 2000 | Ford | F250 2wd | 135000 | $10,200 |
| 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 | Kansas City, MO | Track Skid Steer | 1999 | Takeuchi | TL126 | 2230 | $14,395 |
| 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 | Lake Charles, LA | Roller 8 ton w/ Shell Kit | 2003 | I-R | SD-70D | 700 | $57,500 |
| 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 | Houston, TX | Roller 5 ton w/ Shell Kit | 2003 | I-R | SD-45D | 811 | $43,500 |
| 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 | Longview, TX | Compressor 1300cfm | 2001 | I-R | HP1300WC | 3054 | $39,900 |
| 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 | Texarkana, TX | Forklift 6000# Hi Reach | 2000 | Lull | 644B-42 w/ 42' lift | 2000 | $40,500 |
| 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 | Springdale, AR | Dozer 80 HP Std Track | 2001 | Deere | 550H | 3398 | $49,500 |
| 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 | Conroe, TX | Dump Truck 6 yard | 1999 | Freightliner | FL70 - Single Axle | 27000 Miles | $16,900 |
| 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 | Kansas City, MO | Light Tower 4000 Watt | 2002 | Bobcat | TML/4000 | 1300 | $5,100 |
| 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 | Little Rock, AR | Forklift 8000# Hi Reach | 2000 | Skytrak | 8042 w/ 42ft Lift | 2800 | $41,900 |
| 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 | Kansas City, MO | Trencher walk behind | 2000 | Ditch Witch | H50XM | 313 | $4,500 |
| 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 | Kansas City, MO | 45ft Articulating Boom Lift | 1998 | Genie - 4wd | 1820HE-3ft | 2600 | $13,500 |
| 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 | Kansas City, MO | 35 HP Walk Behind Stwr | 2002 | Target - Diesel | Z-45/22 Dual Fuel | 410 | $5,750 |
| 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 | Kansas City, MO | 30ft Articulating Boom Lift | 1999 | Genie - Electric | Pro 35 - 26" Blade Cap | 895 | $12,900 |
| 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 | Kansas City, MO | Welder 300 Amp Diesel | 2002 | Lincoln | Z-30 / 20N | 2645 | $6,650 |
| 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 | Springfield, MO | Roller 3 ton Double Drum | 2003 | Vibromax | Class 300 | 575 | $17,500 |
| 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 | Kansas City, MO | Crane Truck 23 ton w/ Jib | 2003 | Sterling/Nat'l | 265 Smooth Drum | 57000 Miles | $142,000 |
| 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 | Omaha, NE | 4 yard Dump Truck | 2001 | Ford | LT9500 w/ 890D | 28600 | $26,000 |
| 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 | Kansas City, MO | Forklift 5000# Warehouse | 2000 | Hyster | F550 Diesel | 1800 | $12,900 |
| 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 | Kansas City, MO | Excavator 3-4 Metric Ton | 2003 | Takeuchi | H50XM | 1600 | $53,000 |
| 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 | Little Rock, AR | Skidsteer 1251# - 1750# | 2001 | Bobcat | TB175 | 2400 | $13,500 |
| 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 | St Louis, MO | Crawler Loader 3/4 yard bkt | 2003 | Takeuchi | 753-G | 1360 | $38,400 |
| 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 | Albany, NY | Tractor/Trailer Combo | 2001 | Int'l / Trailking | TL150 w/ New Tracks | 300,000 | $84,500 |
| 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 | Deer Park, TX | LOADED SERVICE TRUCK | 2000 | Ford - F550 | 9200 w/ TK70HT Detach | 160,000 | $26,000 |
| 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 | Kansas City, MO | LOADED SERVICE TRUCK | 2003 | Ford - F550 | Crane-Welder-Air Comp | 96000 4wd | $59,700 |
| 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 | Kansas City, MO | LOADED SERVICE TRUCK | 1999 | Ford - F450 | Crane-Welder-Air Comp | 214000 | $19,900 |

All equipment quoted less freight and applicable taxes     To be removed from fax program, call or fax     Hertz Equipment Rental Corp has a full fleet of well maintained equipment.

From: Jeremy Robinette  To: Fun Services Inc          Date: 7/1/2006  Time: 2:16:02 AM          Page 1 of 1

TO 913 631 3825          Fun Services of Kansas City Inc #2          (109)



# Equipment for Sale

**Call Jeremy Robinette For Details**
Cell #816-305-8534    Fax #1-866-999-0817

| IC # | Area | Description | Year | Make | Model | Hours | Price |
|---|---|---|---|---|---|---|---|
| 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 | Columbia, MO | Skidsteer 1751#-2750# | 2000 | Bobcat | 863-G | 2100 | $12,900 |
| 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 | Kansas City, MO | 185 cfm Air Compressor | 2001 | Sullivan | D185Q6JD | 1750 | $6,850 |
| 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 | Houston, TX | Dozer /80 HP/Wide Track | 2000 | Deere-Canopy | 550H-LGP w/ Ripper | 3500 | $50,795 |
| 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 | Kansas City, MO | Truck Supercab 4wd | 2004 | Ford | F150 XLT | 90000 Miles | $16,500 |
| 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 | Kansas City, MO | Excavator 24-28 Metric Ton | 2002 | Deere w/ QC | 230CLC w/ Hyd Thumb | 2854 | $121,000 |
| 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 | Kansas City, MO | Backhoe 4wd Extendshoe | 2001 | Case | 580M Cab Air | 2562 | $37,500 |
| 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 | Texarkana, TX | Wheel Loader 3 yd | 2003 | Deere | 544H - Cab Air | 3017 | $86,500 |
| 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 | Kansas City, MO | Excavator 2 -4 Metric Ton | 2003 | Bobcat | 331 | 985 | $24,995 |
| 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 | Conroe, TX | Excavator 12-14 Metric Ton | 2001 | Deere | 120 | 3100 | $66,000 |
| 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 | Columbia, MO | Backhoe 4wd Extendahoe | 2000 | Case | 580L Cab | 2950 | $29,900 |
| 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 | Arlington, TX | Wheel Loader 4 yd | 2000 | Case | 821C - Cab Air | 8550 | $84,890 |
| 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 | Fort Worth, TX | Dozer 70 HP Wide Track | 2003 | Deere-Canopy | 450H-LGP | 1361 | $57,000 |
| 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 | Longview, TX | Dump Truck 14yd Tandem | 2000 | International | 2674-01 | 26000 Miles | $46,900 |
| 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 | Kansas City, MO | 60ft Straight Boom 4wd Gas | 1999 | Genie | S-60 w/ Generator | 3150 | $31,900 |
| 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 | Oklahoma City | Excavator 4-6 Metric Ton | 2003 | Takeuchi | TB145 - Cab Air | 2300 | $33,900 |
| 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 | Kansas City, Mo | Excavator 19-21 ton Class | 2000 | Deere | 200LC-Hyd Thmb & Cplr | 5550 | $64,000 |
| 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 | Kansas City, MO | Pump Trash 8 inch | 2001 | Pioneer | P6F4L-Diesel | 3829 | $12,200 |
| 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 | Kansas City, MO | Roller Trench 33" Vibratory | 2003 | Vibromax | 1500R | 607 | $15,000 |
| 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 | Kansas City, MO | 60ft Straight Boom 4wd Gas | 1999 | Genie | S-60 w/ Generator | 3225 | $30,500 |
| 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 | Kansas City, MO | 40ft Straight Boom 4wd Gas | 1999 | Genie | S-40 w/ Generator | 3,200 | $27,700 |
| 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 | Kansas City, MO | Backhoe 4wd Extendshoe | 2000 | Case | 580L Cab | 3100 | $31,900 |
| 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 | Kansas City, MO | Dozer /80 HP/Wide Track | 2003 | Deere-Canopy | 550H-LGP | 1302 | $85,800 |
| 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 | Jackson, MS | Crane Truck 15 ton Single Axl | 2001 | Int'l - National | 4700 w/ 580 Crane | 21000 Miles | $49,995 |
| 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 | Omaha, NE | Dump Truck 6 yard | 2000 | Ford | F750 Sgl Axle | 50500 Miles | $21,750 |
| 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 | Oklahoma City | Dozer / 140 HP / STD Track | 1999 | Deere-ROPS | 750C w/ Hyd Ripper | 4990 | $89,900 |
| 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 | Kansas City, MO | Power Buggy 16 cu ft | 2003 | Whiteman | Honda Engine | | $4,100 |
| 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 | Springdale, AR | Forklift 6000# Hi Reach | 2000 | Skytrak | 6036 w/ 36ft lift | 3100 | $34,500 |
| 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 | Kansas City, MO | 80ft Straight Boom 4wd | 2000 | Genie Dual Fuel | S-80 w Generator | 2400 | $49,900 |
| 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 | Oklahoma City | Roller 11 ton w/ Shell Kit | 2003 | I-R | SD-100D | 1054 | $75,500 |
| 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 | Kansas City, MO | Pickup Truck Diesel | 2000 | Ford | F250 2wd | 135000 miles | $9,900 |
| 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 | Kansas City, Mo | Track Skid Steer | 1999 | Takeuchi | TL126 | 2230 | $14,995 |
| 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 | Lake Charles, LA | Roller 8 ton w/ Shell Kit | 2003 | I-R | SD-70D | 700 | $57,500 |
| 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 | Houston, TX | Roller 5 ton w/ Shell Kit | 2003 | I-R | SD-45D | 811 | $43,900 |
| 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 | Longview, TX | Compressor 1300cfm | 2001 | I-R | HP1300WC | 3054 | $39,900 |
| 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 | Kansas City, MO | Saw 35 hp Diesel 26" Blade | 2002 | Target | PRO35III | 437 | $5,500 |
| 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 | Springdale, AR | Dozer 80 HP Std Track | 2001 | Deere | 550H | 3398 | $46,500 |
| 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 | Little Rock, AR | Dump Truck 6 yard | 2000 | Int'l | 4700 - Sgl Axle | 19123 Miles | $19,900 |
| 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 | Kansas City, MO | Light Tower 4000 Watt | 2002 | Genie - Dsl | TML/4000 | 1300 | $5,100 |
| 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 | Texarkana, TX | Forklift 6000# High Reach | 2000 | JCB | 506C - 42ft Lift | 2055 | $39,900 |
| 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 | Kansas City, MO | Trencher walk behind | 2000 | Ditch Witch | 1820HE-5R | 313 | $4,500 |
| 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 | Kansas City, MO | 45ft Articulating Boom Lift | 1998 | Genie - 4wd | Z-45/22 Dual Fuel | 2600 | $15,500 |
| 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 | Kansas City, MO | 35 HP Walk Behind Saw | 2002 | Target - Diesel | Pro 35 - 26" Blade Cap | 410 | $5,750 |
| 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 | Kansas City, MO | 30ft Articulating Boom Lift | 1999 | Genie - Electric | Z-30 / 20N | 695 | $12,900 |
| 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 | Kansas City, MO | Welder 300 Amp Diesel | 2002 | Lincoln | Class 300 | 2645 | $6,850 |
| 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 | Springfield, MO | Roller 3 ton Double Drum | 2003 | Vibromax | 265 Smooth Drum | 575 | $17,500 |
| 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 | Kansas City, MO | Crane Truck 23 ton w/ 43' Jib | 2001 | Sterling/Nat'l | LT9500 w/ 890D | 57000 Miles | $138,500 |
| 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 | Omaha, NE | 4 yard Dump Truck | 2001 | Ford | F550 Diesel | 28600 miles | $28,000 |
| 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 | Kansas City, MO | Forklift 5000# Warehouse | 2000 | Hyster | H50XM | 1800 | $12,900 |
| 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 | Kansas City, MO | Excavator 3-4 Metric Ton | 2003 | Takeuchi | TB175 | 1800 | $53,000 |
| 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 | Little Rock, AR | Skidsteer 1251# - 1750# | 2001 | Bobcat | 753-G | 2400 | $13,500 |
| 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 | St Louis, Mo | Crawler Loader 3/4 yard bkt | 2003 | Takeuchi | TL150 w/ New Tracks | 1350 | $38,400 |
| 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 | Albany, NY | Tractor/Trailer Combo | 2001 | Int'l - Trailking | 9200 w/ TK70HT Detach | 300000 miles | $61,500 |
| 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 | Omaha, NE | Backhoe 4wd Extendahoe | 2000 | Deere Cab | 410E Thumb Attach | 5,400 | $37,500 |
| 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 | Corpus Christi, TX | Wheel Loader 2.5 yd | 2002 | Deere | 544H - Cab Air | 3400 | $78,000 |
| 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 | Kansas City, MO | Forklift 8000# High Reach | 2003 | Skytrak | 8042 - 42ft lift | 1895 | $54,700 |

All equipment quoted less
freight and applicable taxes

To be removed from fax
program, call or fax

Hertz Equipment Rental
Corp has a full fleet of well
maintained equipment

From: Jeremy Robinette  To: Fun Services Inc.                    Date: 7/20/2006 Time: 1:35:52 AM                    Page 1 of 1

*TB 913 631 3825*   *Fun Services of Kansas City Fax #2*   (1082)

# Hertz
## Equipment Rental

## Equipment for Sale   X

**Call Jeremy Robinette For Details**
Cell #816-305-9534   Fax #1-866-999-0817

| IC # | Area | Description | Year | Make | Model | Hours | Price |
|---|---|---|---|---|---|---|---|
| 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 | Columbia, MO | Skidsteer 1751#-2750# | 2000 | Bobcat | 863-G | 2100 | $12,900 |
| 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 | Kansas City, MO | 185 cfm Air Compressor | 2001 | Sullivan | D185G6JD | 2000 | $6,850 |
| 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 | Kansas City, MO | 375 cfm Air Compressor | 2002 | Sullivan | D375O7JD | 2110 | $12,700 |
| 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 | Kansas City, MO | Truck Supercab 4wd | 2004 | Ford | F150 XLT | 90000 Miles | $18,500 |
| 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 | Kansas City, MO | Excavator 24-26 Metric Ton | 2002 | Deere w/ QC | 230CLC w/ Hyd Thumb | 2854 | $119,900 |
| 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 | Kansas City, MO | Backhoe 4wd Extendahoe | 2001 | Case | 580M Cab Air | 2562 | $36,200 |
| 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 | Texarkana, TX | Wheel Loader 3 yd | 2003 | Deere | 544H - Cab Air | 3017 | $88,500 |
| 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 | Kansas City, MO | Excavator 3-4 Metric Ton | 2003 | Bobcat | 331 | 985 | $24,995 |
| 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 | Conroe, TX | Excavator 12-14 Metric Ton | 2001 | Deere | 120 | 3100 | $68,000 |
| 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 | Columbia, MO | Backhoe 4wd Extendahoe | 2000 | Case | 580L Cab | 2950 | $29,975 |
| 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 | Kansas City, MO | Forklift High Reach 6000# | 2003 | I-R | VR642B | 1450 | $47,500 |
| 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 | Fort Worth, TX | Dozer 70 HP Wide Track | 2003 | Deere-Canopy | 450H-LGP | 1361 | $57,000 |
| 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 | Longview, TX | Dump Truck 14yd Tandem | 2000 | International | 2874-01 | 26000 Miles | $46,500 |
| 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 | Kansas City, MO | 60ft Straight Boom 4wd Gas | 1999 | Genie | S-60 w/ Generator | 3150 | $29,900 |
| 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 | Oklahoma City | Excavator 4-6 Metric Ton | 2003 | Takeuchi | TB145 - Cab Air | 2300 | $33,900 |
| 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 | Kansas City, MO | Excavator 19-21 ton Class | 2000 | Deere | 200LC-Hyd Tmmb & Cplr | 5550 | $64,000 |
| 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 | Conroe, TX | Forklift High Reach 5000# | 1989 | Gradall | 524D-3S 30ft Lift | 2603 | $26,900 |
| 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 | Kansas City, MO | Roller Trench 33" Vibratory | 2003 | Vibromax | 1500R | 888 | $13,500 |
| 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 | Baton Rouge, LA | Excavator 3-4 Metric Ton | 2000 | Bobcat | 331 | 2611 | $15,000 |
| 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 | Kansas City, MO | 40ft Straight Boom 4wd Gas | 1999 | Genie | S-40 w/ Generator | 3,200 | $26,900 |
| 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 | Kansas City, MO | Backhoe 4wd Extendahoe | 2000 | Case | 580L Cab | 3100 | $31,900 |
| 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 | Kansas City, MO | Dozer 80 HP/Wide Track | 2003 | Deere-Canopy | 550H-LGP | 1302 | $85,800 |
| 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 | Deer Park, TX | Stake Bed 12ft w/ Lift Gate | 2000 | Ford - 4wd | F550 | 102,585 Miles | $17,900 |
| 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 | Fort Worth, TX | Stake Bed 12ft Flat | 1998 | Intl | 4700LPX | 78653 Miles | $22,750 |
| 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 | Kansas City, MO | Pickup Truck Diesel | 1999 | Ford | F250 2wd | 109,000 Miles | $7,500 |
| 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 | Kansas City, MO | Power Buggy 16 cu ft | 2003 | Whiteman | Honda Engine | | $4,100 |
| 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 | Springdale, AR | Forklift 6000# Hi Reach | 2000 | Skytrak | 6036 w/ 36ft lift | 3100 | $34,900 |
| 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 | Kansas City, MO | 4000 Watt Light Tower | 2001 | Allmand | NL-Pro Diesel | 3344 | $3,865 |
| 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 | Oklahoma City | Roller 1 ton w/ Shell Kit | 2003 | I-R | SD-100D | 1054 | $75,500 |
| 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 | Kansas City, MO | Pickup Truck Diesel | 2000 | Ford | F250 2wd | 135000 miles | $9,900 |
| 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 | Omaha, NE | Wheel Loader 4 yard / | 2000 | Deere - Cab | 644H | 6800 | $82,500 |
| 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 | Lake Charles, LA | Roller 6 ton w/ Shell Kit | 2003 | I-R | SD-70D | 700 | $57,500 |
| 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 | Houston, TX | Roller 5 ton w/ Shell Kit | 2003 | I-R | SD-45D | 811 | $43,800 |
| 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 | Longview, TX | Compressor 1300cfm | 2001 | I-R | HP1300WC | 3054 | $39,900 |
| 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 | Kansas City, MO | Saw 35 hp Diesel 26" Blade | 2006 | Target | PRO36III | 437 | $5,550 |
| 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 | Springdale, AR | Dozer 80 HP Std Track | 2001 | Deere | 550H | 3385 | $46,500 |
| 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 | Little Rock, AR | Dump Truck 6 yard | 2000 | Intl | 4700 - Sgl Axle | 16123 Miles | $19,900 |
| 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 | Kansas City, MO | Light Tower 4000 Watt | 2002 | Gentx - Dsl | FML4000 | 1390 | $5,100 |
| 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 | Texarkana, TX | Forklift 6000# High Reach | 2000 | JCB | 508C - 42ft Lift | 2055 | $39,900 |
| 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 | Kansas City, MO | Backhoe 4wd Extendahoe | 2001 | John Deere | 310SG - Cab Air | 3591 | $39,900 |
| 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 | Kansas City, MO | 45ft Articulating Boom Lift | 1998 | Genie - 4wd | Z-45/22 Dual Fuel | 2600 | $15,500 |
| 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 | Brownsville, TX | 6 yard Dump Truck | 1999 | Freightliner | FL70 - Single Axle | 37600 | $17,500 |
| 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 | Kansas City, MO | 30ft Articulating Boom Lift | 1999 | Genie - Electric | Z-30 / 20N | 895 | $12,900 |
| 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 | Kansas City, MO | Welder 300 Amp Diesel | 2002 | Lincoln | Class 300 | 2645 | $6,850 |
| 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 | Springfield, MO | Roller 3 ton Double Drum | 2003 | Vibromax | 265 Smooth Drum | 675 | $17,500 |
| 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 | Kansas City, MO | Crane Truck 23 ton w/ 43' Jib | 2003 | Sterling/Nat'l | LT9500 w/ 890D | 57000 Miles | $138,500 |
| 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 | Omaha, NE | 4 yard Dump Truck | 2001 | Ford | F550 Diesel | 28600 miles | $28,000 |
| 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 | Kansas City, MO | Forklift 5000# Warehouse | 2000 | Hyster | H50XM | 1800 | $12,900 |
| 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 | Kansas City, MO | Excavator 3-4 Metric Ton | 2003 | Takeuchi | TB175 | 1600 | $53,000 |
| 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 | Little Rock, AR | Skidsteer 1251#-2750# | 2001 | Bobcat | 753-G | 2400 | $13,500 |
| 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 | St Louis, MO | Crawler Loader 3/4 yard bkt | 2003 | Takeuchi | TL150 w/ New Tracks | 1260 | $38,400 |
| 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 | Albany, NY | Tractor/Trailer Combo | 2001 | Int'l/ Trailking | 9200 w/ TK70HT Detach | 300000 miles | $61,500 |
| 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 | Omaha, NE | Backhoe 4wd Extendahoe | 2000 | Deere Cab | 410E Thumb Attach | 5,400 | $37,500 |
| 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 | Oklahoma City | Compressor 750 cfm | 2003 | I-R | HP750WCU | 1900 | $35,500 |
| 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 | Kansas City, MO | Forklift 8000# High Reach | 2003 | Skytrak | 8042 - 42ft lift | 1895 | $54,700 |

All equipment quoted less
freight and applicable taxes

To be removed from fax
program, call or fax

Hertz Equipment Rental
Corp has a full fleet of well
maintained equipment



# GundersonSharp
## Gunderson, Sharp & Walke, LLP

Barbara C. Frankland*
5301 W. 75th Street
Prairie Village, KS 66208
(913) 901-9099
(913) 901-0419 – Facsimile
bfrankland@midwest-law.com

May 7, 2007

<u>VIA OVERNIGHT MAIL</u>

The Corporation Company
515 S. Kansas Ave.
Topeka, KS 66603

    *RE:* Fun Services of Kansas City, Inc. v. Hertz Equipment Rental Corporation

To Whom It May Concern:

    Enclosed please find two file-stamped copies of a Class Action Petition and Summons. As its registered agent, please arrange for service of the documents to Hertz Equipment Rental Corporation.

    Also enclosed is one copy of Plaintiffs First Request for Production of Documents Directed to Defendant, Plaintiffs First Set of Interrogatories Directed to Defendant, Plaintiffs First Request for Defendant's Admissions, and Certificate of Service of Discovery.

    Respectfully,

*Barbara C. Frankland*

Barbara C. Frankland
For the Firm

Encl.

---

Gunderson Law, P.C., general partner (Des Moines, IA Office)
Rex A. Sharp, P.A., general partner (Kansas City, KS Office)
   * Admitted in KS, MO, and CA

THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS

FUN SERVICES OF KANSAS CITY, INC., individually
And on behalf of all others similarly situated,
                      PLAINTIFF

CASE NO. _07CV 770_
DIVISION _7_
K.S.A. CHAPTER 60

VS

HERTZ EQUIPMENT RENTAL CORPORATION,
                      DEFENDANT

## SUMMONS

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby notified that an action has been commenced against you in this court. You are required to file your answer to the petition with the court and to serve a copy upon the plaintiff attorney as follows:

NAME:        Rex A. Sharp

ADDRESS:    Gunderson Sharp & Walke, L.L.P.
                 5301 W. 75th Street
                 Prairie Village, KS 66208

within 30 days after service of summons upon you.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the attached petition, which is incorporated herein by reference. Any related claim which you may have against the plaintiff must be stated as a counterclaim in your answer, or you will thereafter be barred from making such claim in any other action.

(SEAL)

DATED: _5-4-07_

KATHLEEN M. COLLINS

Clerk of the District Court

BY: _____

+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

RETURN OF SERVICE OF SUMMONS

STATE OF _____ )
                    ) SS.
COUNTY OF _____ )

I hereby certify that on the _____ day of _____, 20_____, I served the foregoing summons, together with a copy of the petition _____

upon the defendant _____

by delivering to _____ at

_____ at

_____.a.m./p.m. in the County of _____, State of _____.

_____      _____      _____
Signature                          Title             County & State

OUT OF STATE CLERK'S CERTIFICATE

Subscribed and sworn to before me this date, by above deputy, who I certify was at the date of such service and now is _____ of _____ County in the State of _____ and is authorized to service process in civil actions within said state and is an officer of the court of which I am the clerk. Witness my hand and the seal of this Court.

(SEAL)
DATE: _____

_____
CLERK

THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS

FUN SERVICES OF KANSAS CITY, INC., individually
And on behalf of all others similarly situated,
                                              PLAINTIFF

CASE NO. 07 CV 770
DIVISION 7
K.S.A. CHAPTER 60

VS

HERTZ EQUIPMENT RENTAL CORPORATION,
                                              DEFENDANT

## SUMMONS

**TO THE ABOVE-NAMED DEFENDANT:**

      You are hereby notified that an action has been commenced against you in this court. You are required to file your answer to the petition with the court and to serve a copy upon the plaintiff attorney as follows:

NAME:        Rex A. Sharp

ADDRESS:    Gunderson Sharp & Walke, L.L.P.
               5301 W. 75th Street
               Prairie Village, KS 66208

**within 30 days after service of summons upon you.**
      **If you fail to do so, judgment by default will be taken against you for the relief demanded in the attached petition, which is incorporated herein by reference. Any related claim which you may have against the plaintiff must be stated as a counterclaim in your answer, or you will thereafter be barred from making such claim in any other action.**

(SEAL)                                              Clerk of the District Court

DATED: 5-4-07                                  KATHLEEN M. COLLINS

                                 BY _____

### RETURN OF SERVICE OF SUMMONS

STATE OF _____ )
                         ) SS.
COUNTY OF _____ )

      I hereby certify that on the _____ day of _____, 20 _____, I served the foregoing summons, together with a copy of the petition _____

upon the defendant _____

by delivering to _____ at

_____ at

_____ a.m./p.m. in the County of _____, State of _____.

_____       _____       _____
Signature                    Title               County & State

### OUT OF STATE CLERK'S CERTIFICATE

Subscribed and sworn to before me this date, by above deputy, who I certify was at the date of such service and now is _____ of _____ County in the State of _____ and is authorized to service process in civil actions within said state and is an officer of the court of which I am the clerk. Witness my hand and the seal of this Court.

(SEAL)
DATE: _____

                                 _____
                                     CLERK

IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS

FUN SERVICES OF KANSAS CITY, INC.,    )
individually and on behalf of all others similarly )
situated,    )
    )
               Plaintiff,    )
    )
vs.    )    Case No. 07-CV-770
    )    Division 7
HERTZ EQUIPMENT RENTAL    )
CORPORATION,    )
    )
               Defendant.    )
    )

## NOTICE OF REMOVAL TO FEDERAL COURT

To:    Clerk of the District Court        Rex A. Sharp
         710 N. 7th St.                Barbara C. Frankland
         Kansas City, KS  66101-3047    GUNDERSON, SHARP & WALKE, LLP
                                            5301 W. 83rd St.
                                            Prairie Village, KS 66208

                                            Brian J. Wanca
                                          Ryan M. Kelly
                                            ANDERSON & WANCA
                                            3701 Algonquin Rd., Suite 760
                                            Rolling Meadows, IL 60008

                                            Max G. Margulis
                                            Margulis Law Group
                                            14236 Cedar Springs Dr.
                                            Chesterfield, MO 63107

         PLEASE TAKE NOTICE that Defendant Hertz Equipment Rental Corporation

has filed with the Clerk of the Court for the United States District Court for the District of

Kansas a Notice of Removal pursuant to 28 U.S.C. § 1441, 28 U.S.C. § 1331, and 28 U.S.C. §

1446. A copy of the Notice of Removal is attached hereto.

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: _____
   Timothy E. Congrove, #15516
   Matthew C. Miller, #18879

2555 Grand Blvd.
Kansas City, Missouri 64108-2613
Telephone (816) 474-6550
Facsimile (816) 421-5547
dmmiller@shb.com

ATTORNEYS FOR DEFENDANT HERTZ
EQUIPMENT RENTAL CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2007, a true and correct copy of the above and foregoing was served by U.S. mail, postage prepaid, upon:

Rex A. Sharp
Barbara C. Frankland
GUNDERSON, SHARP & WALKE, LLP
5301 W. 83rd St.
Prairie Village, KS 66208

Brian J. Wanca
Ryan M. Kelly
ANDERSON & WANCA
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008

Max G. Margulis
Margulis Law Group
14236 Cedar Springs Dr.
Chesterfield, MO 63107

ATTORNEYS FOR PLAINTIFF

_____
ATTORNEY FOR DEFENDANT HERTZ
EQUIPMENT RENTAL CORPORATION

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| FUN SERVICES OF KANSAS CITY, INC., )<br>individually and on behalf of all others similarly )<br>situated, )<br>   )<br>   Plaintiff, )<br>   )<br>vs.   )<br>   )<br>HERTZ EQUIPMENT RENTAL )<br>CORPORATION, )<br>   )<br>   Defendant. )<br>   ) | Case No. _____ |

## <u>NOTICE TO PLAINTIFF OF REMOVAL</u>

PLEASE TAKE NOTICE that on the 6th day of June, 2007, Defendant Hertz

Equipment Rental Corporation filed a Notice of Removal of Civil Action in the United States

District Court for the District of Kansas, sitting in Kansas City.  A copy of that Notice is attached

hereto.  Defendant will also file a copy of this Notice with the District Court of Wyandotte

County, Kansas.

SHOOK, HARDY & BACON L.L.P.

By: /s/ Matthew C. Miller
    Timothy E. Congrove, #15516
    Matthew C. Miller, # 18879

2555 Grand Blvd.
Kansas City, Missouri 64108-2613
Telephone (816) 474-6550
Facsimile (816) 421-5547
dmmiller@shb.com

ATTORNEYS FOR DEFENDANT HERTZ
EQUIPMENT RENTAL CORPORATION

2476032v1

# CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2007, a true and correct copy of the above and foregoing was served by U.S. mail, postage prepaid, upon:

Rex A. Sharp
Barbara C. Frankland
GUNDERSON, SHARP & WALKE, LLP
5301 W. 83rd St.
Prairie Village, KS 66208

Brian J. Wanca
Ryan M. Kelly
ANDERSON & WANCA
3701 Algonquin Rd., Suite 760
Rolling Meadows, IL 60008

Max G. Margulis
Margulis Law Group
14236 Cedar Springs Dr.
Chesterfield, MO 63107

ATTORNEYS FOR PLAINTIFF

/s/ Matthew C. Miller
ATTORNEY FOR DEFENDANT HERTZ
EQUIPMENT RENTAL CORPORATION

2