**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **FUN SERVICES OF KANSAS CITY, INC.**, individually and on behalf of all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>)       No. 12-2062-CM<br>) |
| **HERTZ EQUIPMENT RENTAL CORPORATION**, | )<br>)<br>) |
| Defendant. | )<br>) |

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** pursuant to the court's Memorandum and Order (Doc. 28), Plaintiff Classes's Motion to Remand (Doc. 15) is granted, Defendant's Motion for Leave to File Supplemental Notice of Removal (Doc. 21) is denied, and Defendant's Request to Hear Oral Argument (Doc. 26) is denied. The case is remanded to state court and the case is closed.


Date: July 2, 2012                                       TIMOTHY M. O'BRIEN
                                                                       Clerk of the Court


                                                                       By:  s/ Jennifer Walton
                                                                       Jennifer Walton, Deputy Clerk